UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE LEMA, on behalf of himself and all others similarly situated,

      Plaintiff,

-v-

CITY DIMENSIONS CONSTRUCTION SERVICES, INC., JOHNNY PARADA, ABC CO. 1 THROUGH 10, and JOHN DOES 1 THROUGH 10,

      Defendants.

CIVIL ACTION NO.: 21 Civ. 11055 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

  The Court has been advised that the parties have reached a settlement in principle. (ECF min. entry July 21, 2022). Accordingly, the parties shall file a stipulation of dismissal for review and endorsement by the Honorable Paul G. Gardephe by **Monday, August 22, 2022**.

Dated:  New York, New York
     July 22, 2022

            SO ORDERED.

            _____
            SARAH L. CAVE
            **United States Magistrate Judge**