UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE LEMA, on behalf of himself and all others similarly situated,

                Plaintiff,

-v-

CITY DIMENSIONS CONSTRUCTION SERVICES, INC., JOHNNY PARADA, ABC CO. 1 THROUGH 10, and JOHN DOES 1 THROUGH 10,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 11055 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties having notified the Court that they reached a settlement in principle, the telephonic status conference scheduled for **today, September 12, 2022 at 10:00 a.m.** is CANCELLED.

Dated:    New York, New York
             September 12, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**