THE LAW OFFICES OF
# THOMAS H. ANDRYKOVITZ, P.C.
260 MADISON AVE, 15th FLOOR
NEW YORK, NY 10016
(917) 719-0505

MEMBER OF THE NY & NJ BARS  E-MAIL-THOMAS@THOMASHENRYLAW.COM

**VIA ECF**

September 19, 2022

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:   **Jorge Lema v. City Dimensions et al.**
             **1:21-cv-11055 (PGG) (SLC)**

Dear Judge Gardephe,

     This law firm represents Jorge Lema ("Plaintiff") in the above captioned matter. I am submitting my firm's retainer agreement with Plaintiff as directed by Your Honor's text order dated September 19, 2022.

     Please do not hesitate to contact us if Your Honor has any questions or comments.

**Memo Endorsement:** The parties' settlement agreement is approved by the Court.

Respectfully Submitted,

The parties will file their fully executed stipulation of dismissal by September 26, 2022.

/s/ Thomas Andrykovitz

Thomas H. Andrykovitz, Esq.
Counsel for Plaintiff

SO ORDERED.

*[signature]*
Paul G. Gardephe
United States District Judge
Dated:  September 19, 2022

    cc     All Counsel of Record (via ECF)